TIMOTHY D. HAUSER, Associate Solicitor
THERESA S. GEE, Senior Trial Attorney, CA SBN 136241
Office of the Solicitor, Plan Benefits Security Division
United States Department of Labor
200 Constitution Avenue, N. W., Room N-4611
Washington, DC  20210
Telephone: (202) 693-5588
Facsimile:  (202) 693-5610
E-mail:     gee.theresa@dol.gov

Attorneys for Plaintiff ELAINE L. CHAO
Secretary of Labor, United States Department of Labor

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) | Case No. CIV-S-00-0583 LKK/JFM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CONSENT JUDGMENT AS TO DEFENDANTS VICTOR L. SHADA, Jr., |
| VICTOR L. SHADA, Jr., an individual; RON COSTA, an individual; TERRY SMITH, an individual; TOBY LOUDEN, an individual; RON REA, an individual; PATRICK C. McLAUGHLIN, an individual; McLAUGHLIN and ASSOCIATES, INC., a California corporation; CLAIMS BENEFIT INSURANCE ADMINISTRATORS, INC., a California corporation; and PACIFIC STATES HEALTH AND WELFARE TRUST, formerly known as TEAMSTERS MISCELLANEOUS EMPLOYEES HEALTH AND WELFARE TRUST, an employee welfare benefit plan, | ) ) ) ) ) ) ) ) ) ) ) ) ) | RON COSTA, TERRY SMITH, TOBY LOUDEN AND RON REA |
| Defendants. | ) ) | |

This action was filed by plaintiff ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR ("Secretary"), alleging that defendants Victor L. Shada, Jr., Ron Costa, Terry Smith, Toby Louden and Ron Rea (collectively "Settling

**CONSENT JUDGMENT**
**Case No. CIV-S-00-0583 LKK/JFM**                                                                                                Page 1 of

Defendants") breached their fiduciary duties under Title I of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 et seq., in connection with the Pacific States Health and Welfare Trust, formerly known as the Teamsters Miscellaneous Employees Health and Welfare Trust ("Trust"), and seeking to enjoin further violations of ERISA and to obtain other equitable relief.  The Trust was named as a defendant pursuant to Rule 19 of the Federal Rules of Civil Procedure so that complete relief could be granted.

The Settling Defendants admit that the Court has jurisdiction of this action pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1), and that venue lies in the Eastern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2).

The parties hereto have agreed that this Consent Judgment shall fully settle all claims of the Secretary against the Settling Defendants relating to the administration of the Trust, including those asserted in the Amended Complaint against the Settling Defendants.

The parties hereto having agreed to the entry of this Consent Judgment, and it appearing that the Court has jurisdiction over the parties and subject matter of this action and that the Court is empowered to provide the following equitable relief,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Victor L. Shada, Jr. admits, in retrospect, that he did not at all times carefully and prudently manage the Trust, which was in violation of Title I of ERISA, 29 U.S.C. §§ 1001, et seq.

2. Defendant Ron Costa admits, in retrospect, that he did not at all times carefully and prudently manage the Trust, which was in violation of Title I of ERISA, 29 U.S.C. §§ 1001, et seq.

3. Defendant Toby Louden admits, in retrospect, that she did not at all times carefully and prudently manage the Trust, which was in violation of Title I of ERISA, 29 U.S.C. §§ 1001, et seq.

4.  The Settling Defendants shall be permanently enjoined from acting as fiduciaries of or service providers to any trust or plan covered by ERISA.

5.  The Settling Defendants shall be permanently enjoined from any violations of ERISA §§ 404(a)(1) and 406(a) and (b), 29 U.S.C. §§ 1104(a)(1) and 1106(a) and (b).

6.  Each party hereto agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

7.  The Settling Defendants expressly waive any and all claims of any nature which he or she has or may have against the Secretary, the Department of Labor, or any of its officers, agents, attorneys, employees or representatives, arising out of or in connection with the allegations contained in the Amended Complaint on file in this action, any other proceedings or investigation incident thereto or based on the Equal Access to Justice Act, as amended.

8.  Nothing in this Consent Judgment is binding on any governmental agency other than the United States Department of Labor.

9.  Nothing in this Consent Judgment is binding on the rights of any person who may bring suit against the Settling Defendants in connection with the Trust.

10. This Consent Judgment represents a full, final and complete judicial resolution of all claims alleged in the Amended Complaint against the Settling Defendants.

11. This Court shall retain jurisdiction of this matter for purposes of enforcing this Consent Judgment.

12. By signing their names to this Consent Judgment, the parties represent that they are informed and understand the effect and purpose of this Consent Judgment.

13. This Consent Judgment may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same instrument.

1  IT IS SO ORDERED.

2

3  Dated: August 16, 2005.                /s/Lawrence K. Karlton
                                          HON. LAWRENCE K. KARLTON
4                                         United States District Court Judge

5

6

7

8      Entry of this Consent Judgment is hereby consented to:

9  Dated: _August_____ _5__, 2005         HOWARD M. RADZELY
10                                        Solicitor of Labor

11                                        TIMOTHY D. HAUSER
                                          Associate Solicitor
12

13
                                          By:_____/s/_____
14                                              THERESA S. GEE,
                                                Senior Trial Attorney
15                                        Attorneys for Plaintiff
                                          ELAINE L. CHAO, Secretary of Labor,
16                                        U.S. DEPARTMENT OF LABOR

17

18

19
   Dated: ___March____ _23_, 2005         _____/s/_____
20                                        VICTOR L. SHADA, Jr.

21

22

23 Dated: ___March____ __24, 2005         _____/s/_____
24                                        RON COSTA

25

26

27 Dated: ___March____ __23, 2005         _____/s/_____
                                          TOBY LOUDEN
28

**CONSENT JUDGMENT**                                                **Page 4 of**
**Case No. CIV-S-00-0583 LKK/JFM**

1  Dated: ___April ___ ___13, 2005            _____/s/_____
                                              TERRY SMITH
2

3

4

5  Dated: ___March____ __25, 2005            _____/s/_____
                                              RON REA
6

7

8        Approved as to form:

9  Dated: ___April ___ __15, 2005             BEESON, TAYER & BODINE
10

11

12                                            By:_____/s/_____
                                                   JOHN PROVOST
13                                            Attorneys for Defendants
                                              VICTOR L. SHADA, Jr., RON COSTA,
14                                            TOBY LOUDEN, TERRY SMITH and
                                              RON REA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT JUDGMENT**  **Page 5 of**
**Case No. CIV-S-00-0583 LKK/JFM**